IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

WILDALSON JOSEPH,

      Appellant,

 v.

Case No.  5D21-2995
LT Case No. 05-2020-CF-011055-A-X

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed December 6, 2022

Appeal from the Circuit Court
for Brevard County,
Lisa Davidson, Judge.

Matthew J. Metz, Public Defender, and Nancy
Ryan, Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Roberts J. Bradford, Jr., Assistant Attorney
General, Daytona Beach, for Appellee.


PER CURIAM.

    AFFIRMED.


LAMBERT, C.J., EVANDER and HARRIS, JJ., concur.